UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COFFEE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAPUTO CHEESE USA, Inc.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01825-DAD-BAM<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>**TEN-DAY DEADLINE** |

On December 4, 2017, Plaintiff filed a notice of settlement indicating that the parties agreed to settle this action. (ECF No. 14.)[1] In response, the Court issued an order requiring the parties to file dispositional documents no later than January 5, 2018. (ECF No. 15.) The parties subsequently requested a sixty-day and a ninety-day extension to file their dipositive documents. (ECF Nos. 16, 17). Both requests were granted by the previously assigned magistrate judge. (ECF Nos. 18, 21). Based on the most recent extension, the parties' dismissal documents were due on or before June 4, 2018. To date, the parties have not filed dispositional documents or otherwise responded to the Court's order to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions

---

[1] Due to the retirement of Magistrate Judge *Michael J. Seng* from the bench of the Eastern District of California, this action was reassigned to the undersigned for all further proceedings on April 19, 2018.

1

1 . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS the parties to SHOW CAUSE in writing within **ten (10) days** of the date of entry of this order why dispositive documents have not yet been filed. In the alternative, the parties shall file the appropriate dispositional documents within the ten-day period. The parties are forewarned that the failure to show cause or otherwise file dispositive documents may result in the imposition of sanctions, including the recommendation that this action be dismissed for failure to comply with court orders.

IT IS SO ORDERED.

Dated: **June 14, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE